### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**THE COUNTY COMMISSION OF**
**FAYETTE COUNTY, WEST VIRGINIA,**
*Ex Rel.* **ANTHONY CILIBERTI, ESQ.,**
*Fayette County Prosecuting Attorney***, , and**
**ANITA STEWART, D.O.,** *Fayette County*
*Health Officer,*

       **Plaintiffs,**

**v.**                                                      **Civil Action No.: 2:22-cv-00441**
                                                           **Judge Irene C. Berger**

**GADSEN, GAILLARD, AND WEST, LLC**
*A South Carolina Limited Liability Company,*
**and DENNIS EUGENE WEST,** *an Individual*
*and Resident of South Carolina,*

       **Defendants,**

**and**

**KANAWHA COUNTY COMMISSION,**

       **Plaintiff,**

**v.**                                                      **Civil Action No.: 2:23-cv-00142**

**GADSEN, GAILLARD, AND WEST, LLC,**
**DENNIS WEST, and INNOSPEC ACTIVE**
**CHEMICALS LLC,**

       **Defendants,**

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**

       **Cross-Claim Plaintiff/Third-Party Plaintiff,**

**v.**

**DENNIS WEST and GADSEN, GAILLARD,**
**AND WEST, LLC, PINNACLE TRUCKING,**

LLC D/B/A PINNACLE FREIGHT; and
BECKER LOGISTICS, LLC,

      **Cross-Claim Defendants/Third-Party Defendants,**

**and**

**ANDY KEES, LORA KEES,
CHEYENNE KEES, ANDI DANIELLE
KEES and MARY KEES,**

      **Plaintiffs,**

**v.**                            **CIVIL ACTION NO. 2:23-CV-00205**

**DENNIS WEST; GADSDEN, GAILLARD,
AND WEST, LLC; and INNOSPEC
ACTIVE CHEMICALS LLC,**

      **Defendants.**

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**

      **Cross-Claim Plaintiff/Third-Party Plaintiff,**

**v.**

**DENNIS WEST and GADSEN, GAILLARD,
AND WEST, LLC, PINNACLE TRUCKING,
LLC D/B/A PINNACLE FREIGHT; and
BECKER LOGISTICS, LLC,**

      **Cross-Claim Defendants/Third-Party Defendants.**

**STIPUTLATION TO EXTEND
TIME TO MAKE RULE 26(A)(2) DISCLOSURES
<u>FOR PARTIES NOT BEARING THE BURDEN OF PROOF ON AN ISSUE</u>**

      COMES NOW Plaintiffs the County Commission of Fayette County, West Virginia, and

Anita Stewart, D.O., Fayette County Health Officer, *Ex. Rel*.: Anthony Ciliberti, Jr., Esq., Fayette

Co. Prosecuting Attorney, by their counsel Michael Callaghan, Plaintiff, Kanawha County

Commission, by counsel Isaac R. Forman, Esquire, Kayla S. Reynolds, and the law firm Hissam

Forman Donovan Ritchie, PLLC, Plaintiffs, Andy Kees, Lora Kees, Cheyenne Kees, Andi Danielle Kees, and Mary Kees, by counsel D. Scott Tyree and the law firm of Tyree, Embree and Associates, PLLC, and Defendants Gadsden, Gaillard, and West, LLC and Dennis Eugene West, by counsel, Gerald M. Titus, David L. Yaussy, and the law firm of Spilman Thomas & Battle, PLLC, Defendant/Cross-Claim Plaintiff/Third-Party Plaintiff, Innospec Active Chemicals LLC, by counsel, Stephen M. Fowler, Jacob D. Layne and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight, by counsel, Tanya Kesner and the law firm of Kesner & Kesner, PLLC, Third-Party Defendant Becker Logistics, LLC, by counsel, Michelle L. Gorman, and the law firm of Lewis Brisbois Bisgaard & Smith, LLP, and pursuant to Rule 29 of the *Federal Rules of Civil Procedure* and stipulate that the time for any party not bearing the burden of proof on an issue to make the disclosures required under Federal Rule of Civil Procedure 26(a)(2)(A)-(C), shall be extended from November 20, 2023 to **November 30, 2023**.

| | |
|---|---|
| */s/ Isaac R. Forman*<br>Isaac R. Forman (WVSB #11668)<br>Kayla S. Reynolds (WVSB #13268)<br>**Hissam Forman Donovan Ritchie PLLC**<br>707 Virginia Street, Suite 201<br>Charleston, West Virginia 25301<br>*Counsel for Plaintiff Kanawha County Commission* | */s/ D. Scott Tyree*<br>D. Scott Tyree (WVSB #6387)<br>**Tyree Embree and Associates, PLLC**<br>Hurricane, West Virginia 25526<br>*Counsel for Plaintiffs Andy Kees, Lora Kees, Cheyenne Kees, Andi Danielle Kees, and Mary Kees* |
| */s/ Jacob D. Layne*<br>Stephen M. Fowler (WVSB #5113)<br>Jacob D. Layne (WVSB #11973)<br>**Pullin Fowler Flanagan Brown & Poe, PLLC**<br>901 Quarrier Street<br>Charleston, WV 25301<br>*Counsel for Innospec Active Chemicals LLC* | */s/ Gerald M. Titus III*<br>Gerald M. Titus III (WVSB #9392)<br>David L. Yaussy (WVSB #4156)<br>**Spilman Thomas & Battle, PLLC**<br>300 Kanawha Boulevard, East<br>P.O. Box 273<br>Charleston, West Virginia 25321<br>*Counsel for Defendants Gadsden, Gaillard, and West, LLC and Dennis Eugene West* |

| | |
|---|---|
| */s/ Tanya M. Kesner*<br>Brent K. Kesner (WVSB #2022)<br>Tanya M. Kesner (WVSB #5162)<br>**Kesner & Kesner, PLLC**<br>112 Capitol Street<br>Charleston, West Virginia 25329<br>*Counsel for Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight* | */s/ Michelle L. Gorman*<br>Michelle L. Gorman (WVSB #7329)<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>3054 Pennsylvania Avenue<br>Weirton, West Virginia 26062<br>*Counsel for Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight* |
| */s/ Michael O. Callaghan*<br>Michael O. Callaghan *(WVSB #5509)*<br>Chief Assistant Fayette Co. Prosecuting Atty.<br>OFFICE OF THE FAYETTE COUNTY<br>PROSECUTING ATTORNEY<br>ENVIRONMENTAL & PUBLIC HEALTH<br>PROTECTION UNIT<br>c/o NEELY & CALLGAHAN<br>1337 Virginia Street East<br>Charleston, WV 25301<br>*Counsel for Plaintiff the County Commission of Fayette County, West Virginia & Anita Stewart, D.O., Fayette County Health Officer, Ex. Rel.: Anthony Ciliberti, Jr., Esq., Fayette Co. Prosecuting Attorney* | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**THE COUNTY COMMISSION OF**
**FAYETTE COUNTY, WEST VIRGINIA,**
*Ex Rel.* **ANTHONY CILIBERTI, ESQ.,**
*Fayette County Prosecuting Attorney*, and
**ANITA STEWART, D.O.,** *Fayette County*
*Health Officer,*

      **Plaintiffs,**

**v.**                                                       **Civil Action No.: 2:22-cv-00441**
                                                             **Judge Irene C. Berger**

**GADSEN, GAILLARD, AND WEST, LLC**
*A South Carolina Limited Liability Company,*
and **DENNIS EUGENE WEST,** *an Individual*
*and Resident of South Carolina,*

      **Defendants,**

**and**

**KANAWHA COUNTY COMMISSION,**

      **Plaintiff,**

**v.**                                                       **Civil Action No.: 2:23-cv-00142**

**GADSEN, GAILLARD, AND WEST, LLC,**
**DENNIS WEST,** and **INNOSPEC ACTIVE**
**CHEMICALS LLC,**

      **Defendants,**

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**

      **Cross-Claim Plaintiff/Third-Party Plaintiff,**

**v.**

5

**DENNIS WEST and GADSEN, GAILLARD,**
**AND WEST, LLC, PINNACLE TRUCKING,**
**LLC D/B/A PINNACLE FREIGHT; and**
**BECKER LOGISTICS, LLC,**

      **Cross-Claim Defendants/Third-Party Defendants,**
**and**

**ANDY KEES, LORA KEES,**
**CHEYENNE KEES, ANDI DANIELLE**
**KEES and MARY KEES,**

      **Plaintiffs,**

**v.**                    **CIVIL ACTION NO. 2:23-CV-00205**

**DENNIS WEST; GADSDEN, GAILLARD,**
**AND WEST, LLC; and INNOSPEC**
**ACTIVE CHEMICALS LLC,**

      **Defendants.**

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**

      **Cross-Claim Plaintiff/Third-Party Plaintiff,**

**v.**

**DENNIS WEST and GADSEN, GAILLARD,**
**AND WEST, LLC, PINNACLE TRUCKING,**
**LLC D/B/A PINNACLE FREIGHT; and**
**BECKER LOGISTICS, LLC,**

      **Cross-Claim Defendants/Third-Party Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Defendant/Cross-Claim Plaintiff/Third-Party Plaintiff  Innospec

Active Chemicals, LLC does hereby certify on this the 17th day of November 2023, that a true copy

of the foregoing ***Stipulation to Extend Time to Make Rule 26(a)(2) Disclosures For Parties Not***

***Bearing the Burden of Proof on an Issue*** was served with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to:

Isaac R. Forman, Esquire
Casey E. Waldeck, Esquire
Hissam Forman Donovan Ritchie, PLLC
707 Virginia Street, Suite 201
Charleston, West Virginia 25301
*Counsel for Plaintiff Kanawha County Commission*

D. Scott Tyree, Esquire
Travis Hoffman, Esquire
Tyree, Embree and Associates, PLLC
3564 Teays Valley Road
Hurricane, West Virginia 25526
*Counsel for Plaintiffs Andy Kees, Lora Kees, Cheyenne Kees, Andi Danielle Kees, and Mary Kees*

Michael Callaghan, Esquire
Chief Assistant Fayette County Prosecuting Attorney
Office of the Fayette County Prosecuting Attorney, Environmental & Public Health Protection Unit
c/o Neely & Callaghan
1337 Virginia Street, East, Suite 200
Charleston, West Virginia 25301
*Counsel for Plaintiff the County Commission of Fayette County, West Virginia, Anita Stewart, D.O., Fayette County Health Officer, and Ex Rel Anthony Ciliberti, Esquire*

Gerald M. Titus III, Esquire
David L. Yaussy, Esquire
Joseph C. Unger, Esquire
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
P.O. Box 273
Charleston, West Virginia 25321
*Counsel for Defendants Gadsden, Gaillard, and West, LLC and Dennis Eugene West*

Brent K. Kesner, Esquire
Tanya M. Kesner, Esquire
Kesner & Kesner, PLLC
112 Capitol Street
P. O. Box 2587
Charleston, West Virginia 25329
*Counsel for Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight*

7

Michelle L. Gorman, Esquire
Lewis Brisbois Bisgaard & Smith LLP
3054 Pennsylvania Avenue
Weirton, West Virginia 26062
*Counsel for Third-Party Defendant Pinnacle Trucking,*
*LLC d/b/a Pinnacle Freight*

Lee Murray Hall, Esquire
Jenkins Fenstermaker
P.O. Box 2688
Huntington, West Virginia 25726-2688
*Counsel for Integon National Insurance Company*

/s/ *Jacob D. Layne*
**STEPHEN M. FOWLER (WVSB #5113)**
**JACOB D. LAYNE (WVSB #11973)**